UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KETANKUMAR SHAH, et al.,<br><br>Plaintiff,<br><br>v.<br><br>A10 NETWORKS, INC., et al.,<br><br>Defendant. | 18-cv-01772-VC<br><br>**JUDGMENT** |

At the conclusion of the hearing on the motion to dismiss the amended complaint, the plaintiff requested leave to file a second amended complaint in light of the concerns raised by the Court regarding the sufficiency of the allegations. Thus, the amended complaint was dismissed by minute order. However, the plaintiff has now informed the Court that he does not wish to file a second amended complaint; indeed he allowed the deadline for doing so to pass. Accordingly, the Court having dismissed the amended complaint with leave to amend for the reasons stated at the hearing, and the plaintiff having allowed the deadline to pass without filing a second amended complaint, judgment is entered against the plaintiff and in favor of the defendant. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 8, 2019

_____
VINCE CHHABRIA
United States District Judge